A. BYRNE CONLEY, ESQ. SBN 112715
SEAN C. CONLEY, ESQ. SBN 130814
GIBBONS & CONLEY
1333 North California Boulevard, Suite 110
Walnut Creek, CA 94596
Telephone: (925) 932-3600  Fax: (925) 932-1623

Attorneys for Defendants CENTRAL CONTRA COSTA
   TRANSIT AUTHORITY and SOPHIA LYNN
   MARTINEZ

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CHAN and PATTY HSU, ) | **Case No. C 05 0963** |
| ) | |
| Plaintiffs, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE CASE** |
| v. ) | **MANAGEMENT CONFERENCE** |
| ) | |
| CENTRAL CONTRA COSTA TRANSIT ) | |
| AUTHORITY, SOPHIA LYNN MARTINEZ, ) | |
| and DOES 1 through 100 ) | |
| ) | |
| Defendants. ) | |

   The parties, through their attorneys of record, hereby stipulate to continue the Case Management Conference from Friday, August 19, 2005 to Friday, August 26, 2005 at 2:00 p.m. in Courtroom 10.

Dated: 7/20/05                              GIBBONS & CONLEY

                                            By:_____
                                                SEAN C. CONLEY, ESQ.
                                                Attorneys for Defendants

Dated: 7/20/05

                                            By:    /S/_____
                                                CHRISTOPHER COLE, ESQ.
                                                Attorney for Plaintiffs

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA 94596
(925) 932-3600
Fax (925) 932-1623

**ORDER**

The Case Management Conference in this case is hereby rescheduled to August 26, 2005 at 2:00 p.m. in Courtroom 10.

Dated: 7/22/05

By: s/Martin Jenkins for
HON. SUSAN ILLSTON
U.S. DISTRICT COURT
CALIFORNIA NORTHERN DISTRICT

STIP and order.doc

Gibbons & Conley
ATTORNEYS AT LAW
1333 N. California Blvd
Suite 110
Walnut Creek, CA  94596
(925) 932-3600
Fax (925) 932-1623

2

STIPULATION FOR JUDGMENT                                            CASE NO. C 05 0963