Christopher Cole (065493)
601 Montgomery Street, Suite 712
San Francisco, CA 94111-2610
(415) 978-9999 - tel
(415) 978-5455 - fax

Attorney for Plaintiffs
Stephen Chan and Patty Hsu

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CHAN and PATTY HSU,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL CONTRA COSTA TRANSIT AUTHORITY, SOPHIA LYNN MARTINEZ AND DOES 1 through 100,<br><br>Defendants. | No. C 05 00963 SI<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

The parties, through their attorneys of record, hereby stipulate to continue the Case Management Conference from Friday, August 26, 2005 to Monday, October 17, 2005 at 2:00 p.m. in Courtroom 10.

Dated: August 30, 2005

_____
Christopher Cole
Counsel for Plaintiffs

Gibbons & Conley

Dated: August 30, 2005                By_____/S/_____
                                       Sean C. Conley
                                       Counsel for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE      1

1 <u>ORDER</u>

2 The Case Management Conference in this case is hereby rescheduled to October 17, 2005

3 at 2:00 p.m. in Courtroom 10.

4

5 Dated: _____

Honorable Susan Illston

6 U.S. District Court

California Northern District

7 chan\ stipulation_order.wpd

GRANTED

Judge Susan Illston