1  Christopher Cole (065493)
   601 Montgomery Street, Suite 712
2  San Francisco, CA 94111-2610
   (415) 978-9999 - tel
3  (415) 978-5455 - fax

4  Attorney for Plaintiffs Chan and Hsu

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| STEPHEN CHAN and PATTY HSU, | No. C 05 00963 SI |
|---|---|
| Plaintiffs, | ORDER, PURSUANT TO STIPULATION, FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE |
| vs. | |
| CENTRAL CONTRA COSTA TRANSIT AUTHORITY, SOPHIA LYNN MARTINEZ AND DOES 1 through 100, | |
| Defendants. | |

The parties, through counsel, stipulate that the above entitled action shall be dismissed with prejudice, it having been settled to the satisfaction of the parties. The parties further stipulate that all parties shall bear their own fees and costs, incurred in this litigation. Each counsel has express authority from his clients to consent to this dismissal with prejudice on the terms stated.

IT IS SO STIPULATED:

Dated: 1/11/06
/s/
Christopher Cole
Counsel for Plaintiffs Chan and Hsu

Dated: 1/10/06
/s/
Sean C. Conley
Gibbons and Conley
Counsel for Defendants CCCTA and Martinez

IT IS SO ORDERED:

Dated: _____
Judge of the District Court,
Northern District of California

APPROVED
Judge Susan Illston

chan\Order Pursuant To Stipulation for Dismissal.wpd

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE                                    1